UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

### ORDER OF REASSIGNMENT

The Court, having considered the appointment of Recalled United States Magistrate Charlene H. Sorrentino, finds the necessity for reassignment of this action, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

This action is hereby reassigned to <u>Magistate Judge Charlene H. Sorrentino</u>, for all further proceedings.  The District Judge currently assigned to the case will remain unchanged. The new case number for this action, which must be used on all future documents filed with the court, is reflected on the Notice of Electronic Filing accompanying this order.

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated:   **December 21, 2009**

ANTHONY W. ISHII, Chief
United States District Judge